Case 1:25-cv-00335   Document 4   Filed on 12/18/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEIBI MESA-DIAZ, | § § § § | |
| Petitioner, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 1:25-CV-335 |
| MICHAEL J. PITTS, *et al.*, | | |
| Respondents. | | |

## **ORDER**

Petitioner Deibi Mesa-Diaz is currently detained by Immigration and Customs Enforcement at the Post Isabel Service Detention Center in Cameron County, Texas. Petitioner presents a petition for writ of habeas corpus and requests a temporary restraining order for the Respondents to provide him with a bond hearing or release him from custody. (Pet., Doc. 1; Motion, Doc. 2)

To the extent that Petitioner requests an ex parte temporary restraining order, the Court declines to issue such relief. The Court converts the motion for a temporary restraining order into a motion for a preliminary injunction and establishes the following briefing schedule. *See Esparza v. Bd. of Trustees*, 182 F.3d 915 (5th Cir. 1999) (finding no error in the district court's conversion of a motion for a temporary restraining order into a request for a preliminary injunction). Accordingly, it is:

**ORDERED** that by no later than January 9, 2026, the Respondents shall file a response to the Petitioner's request for a preliminary injunction;

**ORDERED** that by no later than January 16, 2026, the Petitioner may file a reply in support of a preliminary injunction; and

**ORDERED** that the parties shall appear via videoconference for a hearing on the motion for a preliminary injunction at 1:30 p.m. on January 21, 2026.

The Petitioner is responsible for serving a copy of this Order upon the Respondents.

Signed on December 18, 2025.

                                                                                  */s/ Fernando Rodriguez, Jr.*
                                                                                  Fernando Rodriguez, Jr.
                                                                                  United States District Judge