Case 1:25-cv-00335   Document 5   Filed 01/21/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DEIBI MESA-DIAZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-335 |
| | § | |
| MICHAEL J. PITTS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

### **ORDER**

Petitioner Deibi Mesa-Diaz is currently detained by Immigrations and Customs Enforcement at the Port Isabel Detention Center in Cameron County, Texas. Petitioner presents a petition for writ of habeas corpus and requests injunctive relief including his immediate release or an order requiring that he be provided with a bond hearing. (Pet., Doc. 1, 7–8) The Court previously converted the request for injunctive relief into a motion for preliminary injunction, established a corresponding briefing schedule, and required Petitioner to serve the Order on Respondents. (*See* Order, Doc. 4 (issued on December 18, 2025))

On January 21, 2026, the Court called the scheduled hearing, but counsel for Respondents did not appear. Counsel for Petitioner indicated that service of the Court's December 18 Order on Respondents did not occur. The Court continued the hearing and indicated it would issue a new briefing schedule. Thus, to facilitate resolution of the issues that this case presents, it is:

**ORDERED** that the briefing schedule set in the December 18, 2025 Order (Doc. 4) is canceled;

**ORDERED** that by no later than January 30, 2026, Respondents shall file a response to the Petitioner's request for injunctive relief;

**ORDERED** that by no later than February 6, 2026, Petitioner may file a reply in support of injunctive relief; and

**ORDERED** that the parties shall appear via videoconference for a hearing on the motion for a preliminary injunction at 1:30 p.m. on February 11, 2026.

Petitioner is responsible for serving a copy of this Order upon Respondents.

Signed on January 21, 2026.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge